**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10044 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-01412-DCB |
| v. | |
| MEGAN MARIEL MORRILLO, a.k.a. Megan Mariel, a.k.a. Megan Morrillo, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 17, 2012**

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Megan Mariel Morrillo appeals from the 30-month sentence imposed

following her guilty plea to assault resulting in serious bodily injury, in violation of

18 U.S.C. §§ 113(a)(6) and 1153.  We have jurisdiction under 28 U.S.C. § 1291,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and we affirm.

Morrillo contends the sentence is substantively unreasonable in light of her many compelling mitigating factors and the district court's impermissibly narrow focus on the seriousness of the offense and the need for general deterrence. Morrillo's sentence at the low end of the Guidelines range is substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a). *See United States v. Carty*, 520 F.3d 984, 992-93 (9th Cir. 2008) (en banc); *see also United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various [section 3553(a) sentencing] factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**